AO 106 (Rev. 04/10) Application for a Search Warrant                                    AUTHORIZED AND APPROVED/DATE:/s/Stephen C. Hoch 4-8-25

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. M-25- 200 -STE
A gray Samsung cellular phone, IMEI numbers 355339321191440 )
(ESIM), 359427321191449 (available); and (2) A black Apple iPhone )
with a black case, located at FBI Oklahoma City, 3301 W. Memorial )
Road, Oklahoma City, OK 73134 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Western_____ District of _____Oklahoma_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a Controlled Substance |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Itzel Torres, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Apr 8, 2025**                                _____
                                                      *Judge's signature*

City and state: Oklahoma City, Oklahoma              SHON T. ERWIN, U.S. Magistrate Judge
                                                      *Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF TWO CELLULAR TELEPHONES: (1) A GRAY SAMSUNG CELLULAR PHONE, IMEI NUMBERS 355339321191440 (ESIM), 359427321191449 (AVAILABLE); AND (2) A BLACK APPLE IPHONE WITH A BLACK CASE, LOCATED AT FBI OKLAHOMA CITY, 3301 W. MEMORIAL ROAD, OKLAHOMA CITY, OK 73134. | Case No. M-25-    -STE |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Itzel Torres, Special Agent with the Federal Bureau of Investigation, having been duly sworn, depose and state as follows:

### INTRODUCTION

1.  I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property, specifically, electronic devices identified below and in **Attachment A**, which are currently in law enforcement possession, and the extraction from that property of electronically stored information described in **Attachment B**, which constitutes evidence of violations of 21 U.S.C.

§ 841(a)(1).

2. I am a federal law enforcement officer as defined under Federal Rule of Criminal Procedure 41(a)(2)(C) and am authorized to request this search warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant.

3. I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Oklahoma City Field Office, and have been so employed since October 2024. As such, I am an investigative and law enforcement officer of the United States authorized to conduct investigations of, and to make arrests and seizures for, violations of the Controlled Substances Act (Title 21, United States Code, Sections 801, et seq.).

4. As part of my duties as a Special Agent, I investigate criminal violations relating to trafficking in illegal narcotics. As a result of my training and experience, including information provided by other federal agents with applicable knowledge, I am familiar with the tactics, methods, and techniques used by drug traffickers. In light of my training and experience, I know the following:

    a. I am aware that drug couriers, and people associated with drug trafficking organizations (DTOs), often use electronic devices, including computers, tablets, cellular phones, and other electronic

storage devices, to communicate and execute electronic transactions which can, in turn, create automatic records and documentation of the transactions;

b.   I am aware that that it is particularly common for individuals engaged in the sale and distribution of illegal drugs to use electronic devices to track and document financial transactions;

c.   I am aware that individuals engaged in drug trafficking will often maintain more than one cell phone or electronic device, and that they will frequently keep contact information and other evidence of their financial dealings with DTOs on cellular phones, computers, tablets, and other storage devices and that they often keep such electronic devices on or near their person;

d.   I am aware that drug traffickers use their cellular phones and other electronic devices to execute financial transactions through banks, financial institutions, and peer-to-peer mobile payment platforms in furtherance of their drug trafficking.

5.   I am submitting this Affidavit in support of a search warrant authorizing a search of (1) a gray Samsung Cellular Phone, IMEI Numbers 355339321191440 (ESIM), 359427321191449 (Available); and (2) a black Apple iPhone with a black case (**Target Cell Phones**). The **Target Cell Phones** are

currently located at the FBI Oklahoma City Field Office, 3301 W. Memorial Road, Oklahoma City, OK 73134, as further described in **Attachment A**, which is incorporated into this Affidavit by reference. I am submitting this Affidavit in support of a search warrant, which would authorize the forensic examination of the **Target Cell Phones** for the purpose of identifying electronically stored data that is particularly described in **Attachment B**, which constitutes evidence of a violations of 21 U.S.C. § 841(a)(1). The requested warrant would also authorize the seizure of the items and information specified in **Attachment B**.

6. Based on my training and experience, and the facts set forth in this Affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841(a)(1) have been committed by **Jesus Omar Sanchez** and others. There is also probable cause to search the property described in **Attachment A** for evidence of these crimes, as described in **Attachment B**.

7. Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me regarding this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a search warrant. The information contained in this Affidavit is based upon my personal knowledge and observation, my training and experience,

conversations with other law enforcement officers and witnesses, and review of documents and records.

## FACTS SUPPORTING PROBABLE CAUSE

8.  On March 14, 2025, law enforcement was conducting physical surveillance on a target believed to be involved in drug activity in south Oklahoma City. At approximately 5:21 p.m., law enforcement observed a vehicle, which the target was traveling in, arrive at an Academy Sports and Outdoors store located at 7700 S. Walker Avenue, which is within the Western District of Oklahoma.

9.  At approximately, 5:23 p.m., law enforcement observed a white Ford F-150 arrive at the same location and park in close vicinity to the target's vehicle. At approximately 5:29 p.m., law enforcement observed a maroon 2009 Chevrolet Tahoe bearing Oklahoma tag PNQ-730 arrive at the same location. Upon arrival, the Tahoe parked between the target's vehicle and the F-150.

10. After the Tahoe arrived, the front passenger of the F-150 (CC-1) exited the F-150 and entered the front passenger seat of the Tahoe. Approximately one minute later, CC-1 exited the Tahoe and was observed carrying a large, brick-like item wrapped in a white/clear bag. CC-1 carried the item back to the F-150 and entered the front passenger seat, and the F-150 departed.

11. Law enforcement continued to surveil the F-150 following its

departure. Ultimately, the Oklahoma City Police Department conducted a traffic stop of the F-150. During the traffic stop, OCPD officers observed the driver, CC-2, dispose of a white, crystal-like substance on the ground outside the driver's-side door. The substance was subsequently recovered by law enforcement, and the F-150 was searched. In total, law enforcement recovered approximately 909.3 grams of the white, crystal-like substance. After it was collected, the substance field tested positive for the presence of methamphetamine. CC-1 and CC-2 were detained as a result.

12. Law enforcement subsequently located the Tahoe that was involved in the drug transaction and placed a state-authorized GPS tracker on the vehicle. Based on the data derived from the tracker, law enforcement determined that the driver of the Tahoe was residing at 7255 S. Walker Ave., Apt. 163, Oklahoma City, OK 73139 (Subject Residence).

13. On March 27, 2025, at approximately 6:30 a.m., law enforcement executed a federal search warrant at the Subject Residence. At the time the warrant was executed, law enforcement encountered **Jesus Omar Sanchez**, as well as **Sanchez's** mother. In a Mirandized interview, **Sanchez** acknowledged that the Tahoe belonged to him, and that he was the primary driver. Notably, **Sanchez** has tattoos that match the tattoos of the individual driving the Tahoe on March 14, 2025—the day that the drug transaction occurred at the Academy Sports and Outdoors. **Sanchez** was arrested, and a

federal criminal complaint was issued, charging **Sanchez** with distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

14.     As a result of the search warrant at the Subject Residence, law enforcement seized the **Target Cell Phones**, a black and white notebook, a Glock model 19 9mm pistol (bearing serial number XTK558), two magazines, and twenty-two rounds of 9mm ammunition. The **Target Cell Phones** were recovered from a room within the Subject Residence which contained items of dominion and control belonging to **Sanchez**. Further, **Sanchez** consented to law enforcement's review of the **Target Cell Phones** in his presence.

15.     Based on my training and experience, I am aware that individuals involved in trafficking illegal drugs often use cellular phones to maintain contact with other co-conspirators, including suppliers, transporters, distributors, and purchasers of illegal drugs. Such cellular phones and their associated memory cards commonly contain electronically stored information which constitutes evidence, fruits, and instrumentalities of drug-trafficking offenses including, but not limited to, the phone directory and/or contacts list, calendar, text messages, e-mail messages, call logs, photographs, and videos.

16.     Based on my training and experience, I know that individuals involved in trafficking illegal drugs often take and store photographs of controlled substances and the proceeds of drug sales, and usually take and store these photographs using their cellular phones. I also know from my

training and experience that evidence of financial transactions conducted in furtherance of drug trafficking will often be found on a suspect's cellular phone.

17. Based on my training and experience, I know that electronic devices, such as the **Target Cell Phones,** can store information for long periods of time, even years. Similarly, things that have been viewed via the Internet are typically stored for some period of time on electronic devices. This information can sometimes be recovered months or years later using readily available forensic tools. This is true even if the user of the electronic device deleted the file. This is so because when a person "deletes" a file on a computer or electronic device, the data contained in the file does not actually disappear; rather, the data remains on the storage medium until it is overwritten by new data.

## AUTHORIZATION REQUEST

18. Based on the above information, there is probable cause to believe that violations of 21 U.S.C. § 841(a)(1) have occurred and that evidence, fruits, and instrumentalities of these offenses are located on the **Target Cell Phones.** Therefore, I respectfully request that this Court issue a search warrant for the **Target Cell Phones,** as described in **Attachment A,** authorizing the seizure of the items described in **Attachment B.**

19. Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the **Target Cell**

**Phones** consistent with the warrant. The examination may require law enforcement to employ techniques including, but not limited to, computer-assisted scans of the entire medium, which might expose many parts of the **Target Cell Phones** to human inspection in order to determine whether it is evidence described by the warrant.

20. Because the warrant seeks only permission to examine devices already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

Itzel Torres
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this 8th day of April, 2025.

SHON T. ERWIN
United States Magistrate Judge

## ATTACHMENT A

The property to be searched is described as (1) a gray Samsung Cellular Phone, IMEI Numbers 355339321191440 (ESIM), 359427321191449 (Available); and (2) a black Apple iPhone with a black case (**Target Cell Phones**). The **Target Cell Phones** are currently located at the Federal Bureau of Investigation Oklahoma City, 3301 W. Memorial Road, Oklahoma City, Oklahoma, 73134. The **Target Cell Phones** are pictured below:

1. a Gray Samsung Cellular Phone, IMEI Numbers 355339321191440 (ESIM), 359427321191449 (Available):



2. a black Apple iPhone with a black case:



## ATTACHMENT B

1. All records on the **Target Cell Phones**, described in **Attachment A**, that relate to violations of 21 U.S.C. § 841(a)(1) involving **Jesus Omar Sanchez**, including, but not limited to:

   a. lists of customers and co-conspirators and related identifying information;

   b. communications and evidence of communications including, but not limited to, call logs, voicemails, text messages, multimedia messages, emails, and messages sent through applications, between the user of the **Target Cell Phones** and customers and co-conspirators;

   c. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   d. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

   e. any information recording **Sanchez's** schedule or travel including, but not limited to, location information; and

   f. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the **Target Cell Phones** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may

have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic and/or video form.